THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:21-CR-383 |
| | : (JUDGE MARIANI) |
| ANTONIO BISHOP, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS** \_\_11th\_\_ **DAY OF JULY 2023,** upon consideration of Defendant Antonio Bishop's Motion for New Trial and/or Judgment of Acquittal (Doc. 67) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 67) is **DENIED**.

Robert D. Mariani
United States District Judge