**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **3:21-CR-383** |
| | : | **(JUDGE MARIANI)** |
| **ANTONIO BISHOP,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW, THIS _____ DAY OF JANUARY 2024,** for the reasons set forth in

this Court's Memorandum Opinion and at sentencing held on the same day, Defendant's

objections to the PSR are **OVERRULED**.

_____

Robert D. Mariani
United States District Judge